06/02/2006 FRI 08:58 [TX/RX NO 5005] @003
06/01/2006 16:12 FAX 9734250161    MCELROY DEUTSCH MULVANEY    @003/005

McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
Attorneys at Law
1300 Mount Kemble Avenue
Morristown, New Jersey 07962-2075
Attorneys for Defendant,
Metropolitan Life Insurance Company

By: _____
    Randi F. Knepper, Esq.

RECEIVED
JUN 6
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

JOYCE ROBINSON,

    Plaintiff,

vs.

WALGREEN EASTERN CO., INC.,
METROPOLITAN LIFE INSURANCE
COMPANY, HEALTH NET OF THE
NORTHEAST, INC., ABC CORP (1-5),
JOHN DOES (1-5),

    Defendants.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CIVIL ACTION NO.: 06-1698(SRC)(JJH)

## CIVIL ACTION – CONSENT ORDER EXTENDING TIME TO ANSWER

THIS MATTER having been opened to the Court upon the application of McElroy, Deutsch, Mulvaney & Carpenter, LLP, attorneys for defendant, Metropolitan Life Insurance Company ("MetLife"), Law Offices of Sean F. Byrnes, P.C, attorneys for plaintiff, Joyce Robinson, Brown, Raysman, Millstein, Felder & Steiner, LLP, attorneys for Walgreen Eastern Co., Inc. and Buchanan Ingersoll, PC, attorneys for defendant Health Net of the Northeast, Inc., and for good cause existing for the entry of this order;

IT IS on _____ of June, 2006

816748-1

FROM :    FAX NO. :7325219733    Jun. 02 2006 10:08AM P3

STIPULATED AGREED AND ORDERED that all defendants' time to answer or otherwise respond to the complaint be and hereby shall be extended to June 30, 2006.

_____
Honorable John J. Hughes, U.S.M.J.

The undersigned attorneys hereby consent to the form, content and entry of the within Order.

**LAW OFFICES OF SEAN F. BYRNES, P.C.**
321 Broad Street
Red Bank, New Jersey 07701
(732) 219-7711
Attorneys for Plaintiff,
Joyce Robinson

By: _____
Sean F. Byrnes, Esq.

**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962-2075
(973) 993-8100
Attorneys for Defendant,
Metropolitan Life Insurance Company

By: _____
Randi F. Knepper, Esq.

816748-1

JUL 06 04:38p
08/01/2006 16:09 FAX 9734250161        MCELROY DEUTSCH        MULVANEY          ☒ 005/c

**BROWN RAYSMAN MILLSTEIN FELDER & STEINER, LLP**
163 Madison Avenue
P.O. Box 1989
Morristown, New Jersey 07962
(973) 775-8927
Attorneys for Defendant,
Walgreen Eastern Co., Inc.

By: _____
    I. Michael Kessel, Esq. (IK-7068)

**BUCHANAN INGERSOLL PC**
1835 Market Street
Philadelphia, PA 19103
(215) 665-3873
Attorneys for Defendant,
Health Net of the Northeast, Inc.

By: _____
    Richard M. Simins, Esq.

816748-1

BROWN RAYSMAN MILLSTEIN FELDER & STEINER, LLP
163 Madison Avenue
P.O. Box 1989
Morristown, New Jersey 07962
(973) 775-8927
Attorneys for Defendant,
Walgreen Eastern Co., Inc.


By: _____
    I. Michael Kessel, Esq.


BUCHANAN INGERSOLL PC
1835 Market Street
Philadelphia, PA 19103
(215) 665-3873
Attorneys for Defendant,
Health Net of the Northeast, Inc.


By: _____
    Richard M. Simins, Esq.

#147471